AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Resmed Inc., a Delaware Corporation, Resmed Corp, a Minnesota Corporation, and Resmed LTD, an Australian Corporation <br><br> *Plaintiff* <br> v. <br><br> BMC Medical Co., Ltd., a Chinese Corporation, 3B Products, L.L.C. a Florida Limited Liability Company, and 3B Medical, Inc., a Florida Corporation <br><br> *Defendant* | ) ) ) ) ) ) ) ) ) ) Civil Action No. 13CV01246-MMA-WMC |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

3B Products, L.L.C.
Agent for Service: Alex Lucio, 21301 U.S. Highway 27, Lake Wales, FL 33859

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Roger A. Denning
12390 El Camino Real
San Diego, CA 92130

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

W. Samuel Hamrick, Jr.

*CLERK OF COURT*

Date: 5/29/13

S/ D. Sutton

*Signature of Clerk or Deputy Clerk*

Civil Action No. 13CV01246-MMA-WMC                    Date Issued:   5/29/13

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

---

**NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE JUDGE**

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE JUDGE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE JUDGE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGMENTS OF THE U.S. MAGISTRATE JUDGES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

ROGER A. DENNING, ESQ. SBN: 228998
FISH & RICHARDSON, P.C.
12390 EL CAMINO REAL
SAN DIEGO, CA 92130
(858) 678-5070

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RESMED INC.**     Plaintiff(s) <br> v. <br> **BMC MEDICAL CO.**     Defendant(s) | **CASE NUMBER:** <br> **13CV01246-MMA-WMC** <br><br> **PROOF OF SERVICE** <br> **SUMMONS AND COMPLAINT** <br> (Use separate proof of service for each person/party served) |

1. At the time of service I was at least 18 years of age and not a party to this action and **I served** copies of the *(specify documents)*:

   a. ☐ summons     ☐ first amended complaint     ☐ third party complaint
       ☐ complaint     ☐ second amended complaint     ☐ counter claim
       ☐ alias summons     ☐ third amended complaint     ☐ cross claim
       ☒ other *(specify)*: **1) - Summons In A Civil Action; 2) - First Amended Complaint For Patent Infringement; 3) - Civil Cover Sheet; 4) - Plaintiffs' Notice of Party With Financial Interest; 5) - Notice of Related Cases; 6) - Report On The Filing Or Determination Of An Action Regarding A Patent Or Trademark**

2. **Person served:**

   a. ☒ Defendant *(name:)* **3B PRODUCTS, L.L.C. a Florida Limited Liability Company**
   b. ☒ Other *(specify name and title or relationship to the party/business named)*:
       **ALEX LUCIO - AGENT FOR SERVICE OF PROCESS**
   c. ☒ Address where the papers were served: **21301 U.S. Highway 27**
                                                     **Lake Wales, FL 33859**

3. **Manner of Service** in compliance with *(the appropriate box **must** be checked)*:

   a. ☒ Federal Rules of Civil Procedure
   b. ☐ California Code of Civil Procedure

4. **I served** the person named in Item 2:

   a. ☐ By **Personal Service**. By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least twelve (12) years of age.

       1. ☐ Papers were served on *(date)*:    at *(time)*:

   b. ☒ By **Substituted Service**. By leaving copies: **SUSAN CRAIG - EMPLOYEE/ DIRECTOR OF SALES - PERSON IN CHARGE**

       1. ☐ **(home)** at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.

       2. ☒ **(business)** or a person apparently in charge of the office, or place of business, at least 18 years of age, who was informed of the general nature of the papers.

       3. ☒ Papers were served on *(date)*: **07/25/2013** at *(time)*: **01:40 pm**

       4. ☐ by mailing *(by first-class mail, postage prepaid)* copies to the person served in Item 2(b) at the place where the copies were left in Item 2(c).

       5. ☒ papers were mailed on Jul 25, 2013 - DECLARATION OF MAILING ATTACHED

       6. ☐ **due diligence.** I made at least three (3) attempts to personally serve the defendant.

   c. ☐ **Mail and acknowledgment of service.** By mailing *(by first-class mail or airmail, postage prepaid)* copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid addressed to the sender. **(Attach completed Waiver of Service of summons and Complaint).**

d. [X] **Service on domestic corporation, unincorporated association (including partnership), or public entity. (F.R.Civ.P. 4(h))** (C.C.P. 416.10) By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, by also mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. [X] **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity.** (C.C.P. 415.20 only) By leaving during usual business hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing *(by first-class mail, postage prepaid)* copies of the persons at the place where the copies were left in full compliance with C.C.P. 415.20 Substitute service upon the California Secretary of State requires a court order. **(Attach a copy of the order to this Proof of Service.)**

f. [ ] **Service on a foreign corporation.** In any manner prescribed for individuals by FRCP 4(f)

g. [ ] **Certified or registered mail service.** By mailing to an address outside California *(by first-class mail, postage prepaid, requiring a return receipt)* copies to the person served. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

h. [X] **Other** (specify code section and type of service): **FLA 48.081 (c)**

5. Service upon the **United States, and Its Agencies, Corporations or Officers.**

   a. [ ] by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil procecss clerk at the U.S. Attorneys Office.

   Name of person served:

   Title of person served:

   Date and time of service: *(date):* at *(time):*

   b. [ ] By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

   c. [ ] By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation **(Attach signed return receipt or other evidence of actual receipt by the person served).**

6. At the time of service I was at least 18 years of age and not a party to this action.

7. Person serving *(name, address and telephone number):*
   **LOUIS GEORGETTI**
   Diversified Legal Services, Inc.
   4665 Park Blvd
   San Diego, CA 92116
   (619) 260-8224

   a. Fee for service: $ **62.50**
   b. [X] Not a registered California process server
   c. [ ] Exempt from registration under B&P 22350(b)
   d. [ ] Registered California process server
      Registration # :
      County: **STATE PROCESS SERVER**

8. [ ] I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: **July 25, 2013**     **LOUIS GEORGETTI**
*Type or Print Server's Name*             *(Signature)*

**PROOF OF SERVICE - SUMMONS AND COMPLAINT**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address) | | FOR COURT USE ONLY |
|---|---|---|
| ROGER A. DENNING, ESQ.     SBN: 228998 <br> FISH & RICHARDSON, P.C. <br> 12390 EL CAMINO REAL    SAN DIEGO, CA 92130 | | |
| TELEPHONE NO.: (858) 678-5070     FAX NO. (Optional): (858) 678-5099 <br> E-MAIL ADDRESS (Optional): <br> ATTORNEY FOR (Name): **Plaintiffs:** | | |

| UNITED STATES DISTRICT COURT |
|---|
| STREET ADDRESS: 940 FRONT STREET, |
| MAILING ADDRESS: 880 FRONT STREET, SUITE 4290 |
| CITY AND ZIP CODE: SAN DIEGO, CA 92101 |
| BRANCH NAME: SOUTHERN |

| PLAINTIFF/PETITIONER: RESMED INC. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: BMC MEDICAL CO. | 13CV01246-MMA-WMC |
| **PROOF OF SERVICE BY MAIL** | Ref. No. or File No.: 36784-0005LL1 |

I am a citizen of the United States and employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action. My business address is 4665 Park Blvd, San Diego, CA 92116.

On July 25, 2013, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCIV.P 4(d)(1) was made, I mailed copies of the:

    **1) - Summons In A Civil Action; 2) - First Amended Complaint For Patent Infringement; 3) - Civil Cover Sheet; 4) - Plaintiffs' Notice of Party With Financial Interest; 5) - Notice of Related Cases; 6) - Report On The Filing Or Determination Of An Action Regarding A Patent Or Trademark**

to the defendant in said action by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at SAN DIEGO, CA 92116, California, addressed as follows:

    **3B PRODUCTS, L.L.C. a Florida Limited Liability Company** <br>
    **ATTENTION: ALEX LUCIO - AGENT FOR SERVICE OF PROCESS** <br>
    **21301 U.S. Highway 27** <br>
    **Lake Wales, FL 33859**

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at SAN DIEGO, CA 92116, California in the ordinary course of business.

Fee for Service: 62.50

DIVERSIFIED LEGAL SERVICES, INC <br>
4665 PARK BLVD <br>
SAN DIEGO, CA 92116 <br>
(619) 260-8224

I declare under penalty of perjury under the laws of the The United States that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on July 25, 2013.

Signature: _____ <br>
                       KEVIN S. GILBERT

**PROOF OF SERVICE BY MAIL**

Order#: 185274/mailproof