STEVEN E. RICH, STATE BAR NO. 198412
MAYER BROWN LLP
350 South Grand Avenue, 25th Floor
Los Angeles, CA 90071-1503
Telephone: (213) 229-9500
Facsimile: (213) 625-0248
Email: SRich@MayerBrown.com

GARY HNATH (*Pro Hac Vice*)
MAYER BROWN LLP
1999 K Street, N.W.
Washington, D.C., 20006-1101
Telephone: (202) 263-3040
Facsimile: (202) 263 5340
Email: GHnath@MayerBrown.com

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RESMED INC., a Delaware Corporation, RESMED CORP, a Minnesota Corporation, and RESMED LTD, an Australian Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>BMC MEDICAL CO., LTD., a Chinese Corporation, 3B MEDICAL, INC., a Florida Corporation, and 3B PRODUCTS, L.L.C., a Florida Limited Liability Company,<br><br>Defendants. | Case No. 3:13-cv-01246 CAB (WMC)<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO STAY**<br><br>**[28 U.S.C. § 1659(a)]**<br><br>Hearing Date: October 25, 2013<br>Time: 3:30 p.m.<br>Judge: Hon. Cathy Ann Bencivengo<br>Courtroom: 4C<br><br>**NO ORAL ARGUMENT REQUESTED** |

TO PLAINTIFF AND ITS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on October 25, 2013 at 3:30 p.m. or as soon thereafter as counsel may be heard in the above-entitled court, Courtroom 4C of the United States District Court for the Southern District of California, located at 940 Front Street, San Diego, CA 92101, Defendants BMC Medical Co., Ltd., 3B Products, Inc. and 3B Products L.L.C. ("Defendants"), by and through their attorneys of record, will and hereby do move this Court pursuant to 28 U.S.C. § 1659(a) to stay this case in its entirety because a parallel proceeding, involving the same parties and the same patents, is now pending before the U.S. International Trade Commission ("ITC" or "Commission").

This motion is based on the grounds that a stay is mandated by 28 U.S.C. § 1659(a) with respect to any claim that involves the same issues pending before the ITC. Here, this includes all claims related to the eight patents asserted by Plaintiffs ResMed Inc., ResMed Corp., and ResMed Ltd. (collectively "Plaintiffs" or "ResMed") against all of the Defendants.

Defendants' motion is based on this notice of motion and motion, the memorandum of points and authorities and declaration of Gary M. Hnath submitted concurrently with this motion, all pleadings and records on file in this action, and any other arguments and evidence presented to this Court at or before the hearing on this motion.

Dated: September 13, 2013

Respectfully submitted,

MAYER BROWN LLP

s/ Steven E. Rich
*Attorney for Defendants*
E-mail: srich@mayerbrown.com

1

DEFENDANTS' NOTICE OF MOTION AND MOTION TO STAY
CASE NO. 3:13-cv-01246 CAB-WMC

707473441.1

## PROOF OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on September 13, 2013 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4. Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

Date: September 13, 2013

s/ Steven Rich
*Attorney for Defendants*
E-mail: SRich@MayerBrown.com

2
DEFENDANTS' NOTICE OF MOTION AND MOTION TO STAY
CASE NO. 3:13-cv-01246 CAB-WMC

707473441.1