Roger A. Denning, SBN 228998, denning@fr.com
Seth M. Sproul, SBN 217711, sproul@fr.com
Fish & Richardson P.C.
12390 El Camino Real
San Diego, CA 92130
Phone: 858-678-5070 / Fax: 858-678-5099

Frank E. Scherkenbach, SBN 142549, scherkenbach@fr.com
Fish & Richardson P.C.
One Marina Park Dr.
Boston, MA  02210
Phone: 617-542-5070 / Fax: 617-542-8906

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RESMED INC., a Delaware Corporation, RESMED CORP, a Minnesota Corporation, and RESMED LTD, an Australian Corporation,<br><br>Plaintiffs,<br>v.<br><br>BMC MEDICAL CO., LTD., a Chinese Corporation, 3B MEDICAL, INC., a Florida Corporation, and 3B PRODUCTS, L.L.C., a Florida Limited Liability Company,<br><br>Defendants. | Case No. 3:13-cv-01246 CAB (JLB)<br><br>**JOINT STATUS REPORT** |

1    In its Order Maintaining Stay dated December 8, 2014 (Docket No. 49), the
2 Court continued the automatic stay in this case pending resolution of the parallel
3 ITC investigation, and the Court ordered the parties to file another joint status report
4 "no later than June 5, 2015, or within fourteen days of the ITC's final
5 determination—whichever date comes first."
6    Out of an abundance of caution, the parties submit this joint status report to
7 keep the Court apprised of the status of the ITC investigation.  But the parties agree
8 that the automatic stay should not be lifted at this time.
9    As expected and discussed in the parties' joint status report dated
10 December 5, 2014 (Docket No. 48), the ITC entered its "final determination" on
11 December 23, 2014.  That does not mean the stay in this case should now be lifted,
12 however.  The Federal Circuit has held that the automatic stay in a district court case
13 should remain in place until after any *appeals* from the ITC's decision are final.  <u>In
14 re Princo Corp</u>., 478 F.3d 1345, 1353-55 (Fed. Cir. 2007) (holding that 28 U.S.C. §
15 1659(a) "requires that the stay of district court proceedings continue until the
16 Commission proceedings are no longer subject to judicial review").  While no party
17 has yet filed an appeal of the ITC's decision to the Federal Circuit, the time for
18 filing any appeals has not yet run.
19    Absent further instruction from the Court, the parties will file another joint
20 status report no later than June 5, 2015, or within fourteen days of the decision on
21 any appeals or the exhaustion of the appeals period, whichever date comes first.
22
23 ///
24 ///
25 ///
26 ///
27 ///
28

| | | |
|---|---|---|
| 1 | Dated: January 6, 2015 | FISH & RICHARDSON P.C. |
| 2 | | |
| 3 | | By: */s/ Roger A. Denning* |
| 4 | | Roger A. Denning |
| 5 | | Attorneys for Plaintiffs ResMed, Inc., ResMed Corp, and ResMed Ltd |
| 6 | | |
| 7 | | |
| 8 | Dated: January 6, 2015 | MAYER BROWN LLP |
| 9 | | |
| 10 | | By: */s/ Gary M. Hnath* |
| 11 | | Gary M. Hnath |
| 12 | | Attorneys for Defendants BMC Medical Co., Ltd., 3B Medical, Inc., and 3B Products, L.L.C. |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on January 6, 2015, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civ LR 5.4(d).  Any other counsel of record will be served by U.S. mail or hand delivery.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.  Executed on January 6, 2015, at San Diego, California.

*/s/ Roger A. Denning*
Roger A. Denning